

# Memorandum

**To:** Honorable Indira Talwani, U.S. District Judge

**From:** Chrissy Murphy, Sr. U.S. Probation Officer

**CC:** Eduardo A. Masferrer, Defense Counsel

Brian Perez-Daple, AUSA

**Date:** May 14, 2019

**Re:** Cruz Villar, Dkt# 18CR10362

---

On May 9, 2019, defense counsel filed a motion requesting permission from the Court for Mr. Villar to travel to Miami, Florida to attend a graduation. The Court granted the motion on that same date. While the Probation Office does not object to this request given Mr. Villar's compliance on pretrial release, the Probation Office would like to notify the Court that Mr. Villar's curfew condition would need to be suspended to allow for this travel. Mr. Villar is currently monitored via a radio frequency bracelet that communicates with a receiver located in his home. If Your Honor approves this request, please sign below. Please let me know if you have any questions.

5/15/2019  _____
The Honorable Indira Talwani


Reviewed and Approved:

/s/ Alicia Howarth
Alicia Howarth
Supervising U.S. Probation Officer

1